# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

STEVE SIMON and MAX JACQUES,

Appellants,

v.

ADALBERTO JARAMILLO, LLC; and
ADALBERTO JARAMILLO,

Appellees.

No. 2D22-4126

———————————————

January 31, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Hillsborough County; Christopher C. Nash, Judge.

Christopher M. Palermo of the Law Offices of Christopher Palermo, P.A.,
Lutz, for Appellants.

Mya M. Hatchette of Maynard Nexsen P.C., Winter Park, for Appellees.

PER CURIAM.

     Affirmed.

KELLY, VILLANTI, and LaROSE, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.